# Court of Appeals
# of the State of Georgia

ATLANTA,  June 25, 2020

*The Court of Appeals hereby passes the following order:*

**A20E0046.  NEVA MUHLENBERG v. DALE MUHLENBER.**

Before the Court is an emergency motion that has been filed by Neva Muhlenberg on June 25, 2020. To the extent that this Court has jurisdiction over the issues raised, the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office,*
*Atlanta,  06/25/2020*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*